in re Action Development, LLC et al                                                                                           Doc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ACTION DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> RE: ACTION DEVELOPMENT, <br><br> Defendant. <br> _____/ | No. C-07-01539 SBA <br> NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE |

RE:
   Bankruptcy Case:
   Adversary No.:
   BAP No.:

Dockets.Justia.com

Appellant:

The appeal has been assigned the following case number C-07-01539 SBA before the Honorable Saundra B. Armstrong.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 6/27/2007 in Courtroom 3, 3rd Floor.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Mar 19, 2007

                                    For the Court
                                    Richard W. Wieking, Clerk

                                    _____
                                    By: Deputy Clerk

cc: USBC
    Counsel of Record